UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARITA FERNANDEZ, *et al.*,  Plaintiffs, | : : : : |
| v. | : : : : |
| TIMOTHY A. JONES, SR., *et al.*,  Defendants. | |

Civil Action No. _____

**CERTIFICATE UNDER LCvR 7.1**

We, the undersigned counsel of record for Plaintiff, M C M Parking Co., Inc. ("MCM"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries, or affiliates of MCM, which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that the judges of this court may determine the need for recusal.

By:    /s/ Jennifer D. Larkin
       Jennifer D. Larkin, Esquire
       D.C. Bar I.D. 49522
       Linowes and Blocher LLP
       7200 Wisconsin Avenue
       Bethesda, MD 20814
       (301) 961-5271

By:    /s/ Robert J. Tribeck
       Robert J. Tribeck, Esquire
       (motion to appear *Pro Hac Vice* pending)
       John R. Martin, Esquire
       (motion to appear *Pro Hac Vice* pending)
       RHOADS & SINON LLP
       One South Market Square
       P.O. Box 1146
       Harrisburg, PA  17108-1146
       (717) 233-5731