## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARITA FERNANDEZ, *et al.*, | : |
| Plaintiffs, | : |
| | : Civil Action No. 1:07-cv-01448 |
| v. | : |
| | : |
| TIMOTHY A. JONES, SR., *et al.*, | : |
| Defendants. | : |

## MOTION TO APPEAR *PRO HAC VICE*

NOW COMES, Robert J. Tribeck, and moves this Honorable Court to enter an Order granting Robert J. Tribeck leave to appear *Pro Hac Vice* in the above-captioned matter as counsel on behalf of Plaintiffs, and in support of the instant Motion states:

1. Mr. Tribeck is a partner of the law firm of Rhoads & Sinon LLP in Harrisburg, Pennsylvania. Rhoads & Sinon LLP has been retained by Plaintiffs to represent them in the above-captioned matter.

2. Mr. Tribeck is licensed to practice, and is a member in good standing of the bar of the Commonwealth of Pennsylvania, and is admitted to practice before the Pennsylvania Supreme Court, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Middle and Western Districts of Pennsylvania.

3. Mr. Tribeck has not been reprimanded in any court nor has there been any action in any court pertaining to his conduct or fitness as a member of the bar.

4. Mr. Tribeck has not been admitted *Pro Hac Vice* in this Court within the last two years, nor does he engage in the practice of law from an office located in the District of Columbia, or have an application pending for membership to the District of Columbia Bar.

623174.1

- 2 -

WHEREFORE, Robert J. Tribeck respectfully requests that this Court enter an Order permitting him to appear *Pro Hac Vice* as counsel on behalf of Plaintiffs in this matter.

        Respectfully submitted,

        RHOADS & SINON LLP

By:   /s/ Robert J. Tribeck
      Robert J. Tribeck, Esquire
      RHOADS & SINON LLP
      One South Market Square
      P.O. Box 1146
      Harrisburg, PA  17108-1146
      (717) 233-5731

### Singed Statement by Sponsoring Member of the Bar

I, the undersigned, do certify that I am a member of the bar of this Court and, by signing below, hereby sponsor the applicant's Motion to Appear *Pro Hac Vice*.

By:   /s/ Jennifer D. Larkin
      Jennifer D. Larkin, Esquire
      D.C. Bar I.D. 490522
      Linowes and Blocher LLP
      7200 Wisconsin Avenue
      Bethesda, MD 20814
      (301) 961-5205

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2007, a true and correct copy of the foregoing "Motion to Appear *Pro Hac Vice*" was served by means of United States mail, first class, postage prepaid, upon the following:

>Timothy A. Jones, Sr.
>1202 Chasbarb Terrace
>Herndon, VA  20170
>
>Cecil S. (Rocky) Jones
>9301 Branchside Lane
>Fairfax, VA  22031
>
>MCM Parking Solutions, Inc.
>1433 Parkwood Place, NW
>Washington, D.C.  20010

/s/ Jennifer D. Larkin

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARITA FERNANDEZ, *et al.*,  Plaintiffs, | : : : : |
| v. | : Civil Action No. 1:07-cv-01448 : |
| TIMOTHY A. JONES, SR., *et al.*,  Defendants. | : : : : |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon review of the within Motion to Appear *Pro Hac Vice*, it is hereby ORDERED, DIRECTED, and DECREED that Robert J. Tribeck, Esquire may appear *Pro Hac Vice* in the above-captioned action as counsel on behalf of all Plaintiffs.

BY THE COURT:

_____
J.

660141.1