# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARITA FERNANDEZ, et al., | * | |
| Plaintiffs | * | |
| v. | * | Case no. 1:07-cv-01448 |
| TIMOTHY A. JONES, SR., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE FILING AFFIDAVITS OF SERVICE OF COMPLAINT AND SUMMONS

Plaintiffs, Margarita Fernandez, Humbert Fernandez, Jr., Linda M. Johnston, Lisa M. Novak, and M.C.M. Parking Co., Inc. hereby file the Affidavits of Process Server, attached hereto as Exhibit A, certifying the completion of service of the Complaint and Summons upon defendants, Timothy A. Jones and Cecil S. (Rocky) Jones.

Dated: August 21, 2007

*/s/Jennifer D. Larkin*
Jennifer D. Larkin, DC Bar no. 49522
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5205 (telephone)
(301) 654-2801 (facsimile)

*Counsel for the Plaintiffs*

L&B 855070v1

**EXHIBIT A**

# AFFIDAVIT OF PROCESS SERVER

United States District Court                                District Of Columbia

Margarita Fernandez, et al                                  Attorney:

    Plaintiff                                          Rhoads & Sinon LLP
                                                            John Martin
vs.                                                         One South Market Square, 12th Fl., PO Box
                                                            1146
Timothy A. Jones, Sr., et al                                Harrisburg, PA. 17108-1146

    Defendant


Case Number: 1:07-cv-01448

Legal documents received by Same Day Process Service on August 14th, 2007 at 10:00 AM to be served upon **Timothy A. Jones, Sr. at 1101 15th St., NW, Suite 206, Washington, DC. 20005**

I, Brandon A Snesko, swear and affirm that on **August 16th, 2007 at 12:20 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 55   Height: 6'3   Weight: 275   Skin Color: White   Hair Color: Black/Gray sides   Glasses: N

**Supplemental Data Appropriate to this Service:**




I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004098

Reference Number: 10440/01

District of Columbia : SS
Subscribed and Sworn to before me
this 16 7TH day of August, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

# AFFIDAVIT OF PROCESS SERVER

## United States District Court        District Of Columbia

**Margarita Fernandez, et al**

    Plaintiff

vs.

**Timothy A. Jones, Sr., et al**

    Defendant

Attorney:

Rhoads & Sinon LLP
John Martin
One South Market Square, 12th Fl., PO Box 1146
Harrisburg, PA. 17108-1146

Case Number: 1:07-cv-01448

Legal documents received by Same Day Process Service on August 14th, 2007 at 10:00 AM to be served upon **Cecil S. (Rocky) Jones at 9301 Branchside Ln., Fairfax, VA. 22031**

I, Brandon A. Snesko, swear and affirm that on **August 15th, 2007 at 9:50 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 55   Height: 6'3   Weight: 250   Skin Color: White   Hair Color: Bald on Top/Brown Sides   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

(202) 398-4200

Internal Job ID: 0000004099

Reference Number: 10440/01

District of Columbia : SS
Subscribed and Sworn to before me
this  16 TH day of August   2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC  All rights reserved