IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARITA FERNANDEZ, et. al. ) | |
| ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-01448 |
| ) | Judge Rosemary Collier |
| ) | |
| TIMOTHY A. JONES, SR., et. al. ) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE AND CONSENT MOTION
## FOR EXTENTION OF TIME

Defendants, Timothy A. Jones, Sr., Cecil S. Jones and MCM Parking Solutions, Inc., by and through their undersigned counsel, whose appearance is noticed hereby, move with the consent of the Plaintiffs, by and through their counsel, for an extension of time within which Defendants must answer or otherwise plead to the Complaint to and including September 10, 2007 and as grounds therefor state as follows:

1. Counsel was retained within the last week and, due to several personal circumstances and other scheduled matters, has not had sufficient time to fully analyze this Sixteen (16) count Complaint and to confer with our clients. Counsel is in the process of doing both and anticipates that the additional requested time will be sufficient for Defendants to be able to respond to the Complaint.

2. Plaintiffs' Counsel has been contacted and advises that they consent to the motion.

Wherefore, for the reasons stated herein, and the further reasons set forth in the Memorandum of Points and Authorities attached hereto, Defendants respectfully request

that the Motion be granted and that the time to respond to the Complaint be extended to and including September 10, 2007.

                                              Respectfully submitted,

                                              */s/ Robert F. Condon*

                                              Robert F. Condon, D.C.Bar#108290
                                              Artabane & Belden, P.C.
                                              818 18th Street, N.W., Suite 410
                                              Washington, D.C. 20006
                                              Tel: (202) 861-0070
                                              Fax: (202) 861-2939
                                              E-Mail: RFCondon@Artabane-Belden.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARITA FERNANDEZ, et. al.    )
                                )
                                )
vs.                             )    Case No. 1:07-cv-01448
                                )    Judge Rosemary Collier
                                )
TIMOTHY A. JONES, SR., et. al.  )
                                )
_____)

## POINTS AND AUTHORITIES IN SUPPORT OF
## MOTION FOR EXTENTION OF TIME

1. Rule 6(b), F.R.Civ.P

2. Rule 7(b), F.R.Civ.P.

Respectfully submitted,

Robert F. Condon, D.C. Bar #108290
Artabane & Belden, P.C.
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
Tel: (202) 861-0070
Fax: (202) 861-2939
E-Mail: RFCondon@Artabane-Belden.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Extension of Time was served by U.S. Mail, postage prepaid, on August 31, 2007, upon the following:

Jennifer D. Larkin, Esq.
Linowes & Blocher LLP
7200 Wisconsin Avenue
Bethesda, MD 20814
And
Robert J. Tribeck, Esq.
John R. Martin, Esq.
Rhoads & Sinon LLP
One So. Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146

_____
Robert F. Condon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARITA FERNANDEZ, et. al.         )
                                     )
                                     )
vs.                                  )   Case No. 1:07-cv-01448
                                     )   Judge Rosemary Collier
                                     )
TIMOTHY A. JONES, SR., et. al.       )
                                     )
_____)

ORDER

THIS MATTER, having come before the Court on Defendants' Consent Motion for Extension of Time to Answer or Otherwise Plead to the Complaint herein and

It appearing that the Motion is consented to by Plaintiffs and good cause having been shown, it is this _____ day of September, 2007

ORDERED that the motion should be and the same is hereby GRANTED.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Robert F. Condon, Esq.
Artabane & Belden PC
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
And
Jennifer D. Larkin, Esq.
Linowes & Blocher LLP
7200 Wisconsin Avenue
Bethesda, MD 20814
And
Robert J. Tribeck, Esq.
John R. Martin, Esq.
Rhoads & Sinon LLP
One So. Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146