## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARITA FERNANDEZ, et al., | * | |
| Plaintiffs | * | |
| v. | * | Case no. 1:07-cv-01448 |
| TIMOTHY A. JONES, SR., et al., | * | |
| Defendants. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### LINE FILING AFFIDAVITS OF SERVICE OF COMPLAINT AND SUMMONS

Plaintiffs, Margarita Fernandez, Humbert Fernandez, Jr., Linda M. Johnston, Lisa M. Novak, and M.C.M. Parking Co., Inc. hereby file the Affidavits of Process Server, attached hereto as Exhibit A, certifying the completion of service of the Complaint and Summons upon defendant, MCM Parking Solutions, Inc. and the Superintendent of Corporations.

Dated: September 7, 2007

/s/ Jennifer D. Larkin
Jennifer D. Larkin, DC Bar no. 49522
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5205 (telephone)
(301) 654-2801 (facsimile)

*Counsel for the Plaintiffs*

L&B 864318v1

**EXHIBIT A**

# AFFIDAVIT OF PROCESS SERVER

## United States District Court      District Of Columbia

**Margarita Fernandez, et al**

    Plaintiff

vs.

**Timothy A. Jones, Sr., et al**

    Defendant

Attorney:

Rhoads & Sinon LLP
John Martin
One South Market Square, 12th Fl., PO Box 1146
Harrisburg, PA  17108-1146

**Case Number:** 1:07-cv-01448

Legal documents received by Same Day Process Service on August 14th, 2007 at 10:00 AM to be served upon **Superintendent of Corporations at 941 N. Capitol St., NE, Washington, DC. 20002**

I, Brandon A. Snesko, swear and affirm that on **August 27th, 2007 at 12:10 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Complaint; Exhibits to Maxine Hyman as Paralegal Specialist** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: Sitting   Weight: 225   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000004320

Reference Number: 10440/01

District of Columbia : SS
Subscribed and Sworn to before me
this _28th_ day of _August_, _2007_

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central. LLC  All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Margarita Fernandez, et al**

    Plaintiff

vs

**Timothy A. Jones, Sr., et al**

    Defendant

Attorney:

Rhoads & Sinon LLP
John Martin
One South Market Square, 12th Fl , PO Box
1146
Harrisburg, PA  17108-1146

Case Number: 1:07-cv-01448

Legal documents received by Same Day Process Service on August 14th, 2007 at 10:00 AM to be served upon **MCM Parking Solutions, Inc., c/o Gailya Wright (registered agent) at 1433 Parkwood Pl., NW, Washington, DC. 20010**

I, Brandon A  Snesko, swear and affirm that on **August 14th, 2007 at 9:20 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **MCM Parking Solutions, Inc., c/o Gailya Wright (registered agent):** the **Summons in a Civil Case; Complaint; Exhibits:** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts

**Supplemental Data Appropriate to this Service:**
08-14-2007, 9:20 pm - Attempted to serve the defendant at the above address but received no answer.  I spoke to a neighbor, who lived next door at 1435 Parkwood Pl., and stated that she owns the property and that it is being renovated and eventually will be put up for sale  The neighbor does not have any contact info for Gailya Wright.

08-15-2007, 9:30 am - A search of the DCRA website lists the same Registered Agent at the same address listed above.

08-15-2007, 4:35 pm - Received no answer from within.

08-16-2007, 10:04 am - Received no answer from within.

08-16-2007, 2:34 pm - Received no answer from within

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004100

Reference Number: 10440/01

District of Columbia: SS
Subscribed and Sworn to before me,

this 23ᵈ day of August , 2007

_____

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

