## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARITA FERNANDEZ, *et al.*, | : : | |
| Plaintiffs, | : : | |
| | : | Civil Action No. 1:07-cv-01448 |
| v. | : : | Judge Rosemary M. Collyer |
| TIMOTHY A. JONES, SR., *et al.*, | : : | |
| Defendants. | : | |

**TO THE CLERK:**

### ENTRY OF APPEARANCE

Kindly **enter** the appearance of David C. Sirolly as counsel for all Plaintiffs in the above-captioned matter.

### WITHDRAWAL OF APPEARANCE

Kindly **withdraw** the appearance of Jennifer D. Larkin and the law firm of Linowes and Blocher LLP as counsel for all Plaintiffs in the above-captioned matter.

By: */s/ David C. Sirolly*
David C. Sirolly, Esq.
D.C. Bar I.D. No. 477224
RHOADS & SINON LLP
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

*Attorneys for Plaintiffs*

By: */s/ Jennifer D. Larkin*
Jennifer D. Larkin, Esq.
D.C. Bar I.D. No. 490522
LINOWES AND BLOCHER LLP
7200 Wisconsin Avenue
Bethesda, MD 20814
(301) 961-5205

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, a true and correct copies of the foregoing "Entry/Withdrawal of Appearance" was served by means of electronic service in accordance with the Local Rules of the United States District Court for the District of Columbia, upon the following:

>Robert F. Condon, Esq.
>Artabane & Belden, P.C.
>818 18th Street, N.W., Suite 410
>Washington, D.C.  20006
>RFCondon@Artabane-Belden.com

>>*/s/ David C. Sirolly*
>>David C. Sirolly