UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARITA FERNANDEZ, | : | |
| *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | Civil Action No. 1:07-cv-01448 |
| v. | : | Judge Rosemary M. Collyer |
| | : | |
| TIMOTHY A. JONES, SR., | : | |
| *et al.*, | : | |
|     Defendants. | : | |

**TO THE CLERK:**

**WITHDRAWAL OF APPEARANCE**

Kindly **withdraw** the appearance of David C. Sirolly as counsel for all Plaintiffs in the above-captioned matter. Robert J. Tribeck, previously admitted on a *pro hac vice* basis for purposes of the above-captioned matter, has, on December 3, 2007, been admitted to practice before this Court.


By: */s/ David C. Sirolly*  
    David C. Sirolly, Esq.  
    D.C. Bar I.D. No. 477224  
    RHOADS & SINON LLP  
    One South Market Square  
    P.O. Box 1146  
    Harrisburg, PA  17108-1146  
    (717) 233-5731

By: */s/ Robert J. Tribeck*  
    Robert J. Tribeck, Esquire  
    PA Bar ID No. 74486  
    RHOADS & SINON LLP  
    One South Market Square  
    P.O. Box 1146  
    Harrisburg, PA  17108-1146  
    (717) 233-5731

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2007, a true and correct copies of the foregoing "Withdrawal of Appearance" was served by means of electronic service in accordance with the Local Rules of the United States District Court for the District of Columbia, upon the following:

> Robert F. Condon, Esq.
> Artabane & Belden, P.C.
> 818 18th Street, N.W., Suite 410
> Washington, D.C. 20006
> RFCondon@Artabane-Belden.com

> */s/ Robert J. Tribeck*
> Robert J. Tribeck