UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARGARITA FERNANDEZ**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1448 (RMC) |
| **TIMOTHY A. JONES, SR.**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on December 19, 2007, it is hereby **ORDERED** that:

1. Motions to join third parties or to amend the pleadings shall be filed no later than February 12, 2008.

2. Each party is limited to a maximum of fifteen (15) depositions.

3. Each party is limited to a maximum of fifty (50) interrogatories, including discrete subparts. Responses to all interrogatories shall be made thirty (30) days after service.

4. Each party is limited to a maximum of fifty (50) requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty (30) days after service.

5. Each party is limited to a maximum of thirty (30) requests for production of documents, including discrete subparts. Responses to all requests for production of documents shall be made thirty (30) days after service.

6. All discovery shall be completed no later than June 12, 2008.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

9. A telephone conference is scheduled for 9:00 a.m. on March 18, 2008, to discuss the possibility of referring this case for alternative dispute resolution, *e.g.*, mediation or neutral evaluation, or a settlement conference. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

10. A further status conference is scheduled for 2:00 p.m. on June 20, 2008, at which time, if necessary, a motions briefing schedule, a pretrial conference date, and a trial date will be set. Counsel shall be prepared at the status conference to advise the court of the expected length of trial and of the number of fact and expert witnesses each party will present. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

11. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: December 20, 2007                         /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge