REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 15:1125 Trademark Infringement (Lanham Act) | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1448 | DATE REFERRED:<br>5/6/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| MARGARITA FERNANDEZ, et al | TIMOTHY A. JONES, SR., et al |

ENTRIES:

This case is referred for a 60-day period of mediation, commencing 5/6/08, and ending 7/8/08.