UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARITA FERNANDEZ, *et al.*,  :<br>   *Plaintiffs*,   :<br>   :<br>v.   :<br>   :<br>TIMOTHY A. JONES, SR., *et al.*,   :<br>   *Defendants*.   : | Civil Action No. 1:07-cv-01448<br>Judge Rosemary M. Collyer<br>Magistrate Judge John M. Facciola |

## JOINT STATUS REPORT

Plaintiffs and Defendants have been unable to resolve their dispute through mediation. The parties attempted to mediate their dispute with Magistrate Judge Facciola on June 12, 2008 (and for a two-week period following the June 12 session). Unfortunately, the process was not successful in bringing the parties closer together. Plaintiffs remain willing to consider other areas of alternative dispute resolution, and respectfully request that a telephone conference be scheduled with the Court to further explore this issue. Defendants do not believe such a conference would be useful at this time.

Barring the aforementioned telephone conference, the parties will resume discovery with the hopes of revisiting the option of settlement at a later date. To that end, the parties jointly request an additional ninety (90) days to complete discovery (and request a similar extension of other deadlines). The undersigned counsel are currently in the process of coordinating mutually convenient deposition dates.

By:   */s/ John R. Martin*  
    Robert J. Tribeck, Esq.  
    John R. Martin, Esq. (*pro hac vice*)  
    RHOADS & SINON LLP  
    One South Market Square, 12th Floor  
    Harrisburg, PA 17108-1146  
    717-233-5731; 717-231-6600 (fax)  
    *Attorneys for Plaintiffs*

By:   */s/ Robert F. Condon*  
    Robert F. Condon, Esq.  
    ARTABANE & BELDEN, P.C.  
    818 18th Street, NW  
    Washington, DC 20006  
    202-861-0070; 202-861-2939 (fax)  
    *Attorneys for Defendants*

696051.1