UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARITA FERNANDEZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-1448 (RMC) |
| TIMOTHY A. JONES, SR., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Renewed Motion for Summary Judgment [Dkt. # 29] is **GRANTED**; and it is

**FURTHER ORDERED** that Counts VIII, IX, and X of the Complaint are dismissed on the merits to the extent they allege violations of the Lanham Act; and it is

**FURTHER ORDERED** that all other claims, including non Lanham Act claims in Counts VIII, IX, or X of the Complaint, are dismissed without prejudice.

This case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: September 2, 2009                                /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge